WILLIAM J. WHITE, Respondent, v. JOHN E. RATH, Appellant, et al., Defendants.— In a libel action, order denying motion to dismiss the complaint for insufficiency affirmed, with $10 costs and disbursements. No opinion. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

## (April 23, 1951.)

MANDEL ENGEL, Doing Business under the Name of CHASE HANDKERCHIEF Co., Respondent, v. KERCHIEFS, INC., et al., Appellants.— In an action to recover compensation based on a percentage of sales made by defendants, the appeal is from an order denying their motion for judgment on the pleadings dismissing the complaint for insufficiency. Order affirmed, with $10 costs and disbursements. No opinion. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

In the Matter of the Application of ROSE AUSTER, Appellant, for a Writ of Habeas Corpus to Determine the Custody of WILLIAM M. WEBERMAN, an Infant. MYRON WEBERMAN, Respondent.— In a proceeding by way of writ of habeas corpus to determine custody of the infant son of the parties, Rose Auster (formerly Rose Weberman) appeals from so much of two orders dated respectively October 9, 1950, and December 4, 1950, as continued custody of the infant in the respondent. Orders, insofar as appealed from, affirmed, without costs. No opinion. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur. [198 Misc. 1055.] [See *ante,* p. 656.]

In the Matter of the Adoption of GEORGE T. KOUMISS, an Infant. STEPHEN G. KOUMISS et al., Appellants; FRANCES B. KOUMISS, Respondent.— Decree of the Surrogate's Court of Richmond County vacating and setting aside an order of adoption of that court dated March 29, 1948, unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.